IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, *et al.*,<br>　　　　Plaintiff,<br><br>v.<br><br>JIM BEHM & SON PLUMBING, INC.,<br>　　　　Defendant. | No. 1:24-cv-00533-MSN-WBP |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William B. Porter on November 18, 2024 (ECF 17). Having reviewed the record and Judge Porter's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED** in full; and it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment (ECF 9) is **GRANTED**; and it is further

**ORDERED** that judgement by default in the total sum of **$11,193.64** is entered against Defendant in Plaintiff's favor; and it is further

**ORDERED** that Defendant is enjoined from committing any further violations of the terms of each of Plaintiffs' governing plan documents and of 29 U.S.C. § 1145 and must submit timely contributions and reports to Plaintiffs.

The Clerk is directed to enter judgment as set forth above pursuant to Fed. R. Civ. P. 55 and to close this civil action.

It is **SO ORDERED**

/s/
Hon. Michael S. Nachmanoff
United States District Judge

March 18, 2025
Alexandria, Virginia